Commonwealth *v.* Robinson, Appellant.

Submitted September 11, 1972. *Anthony J. Popeck,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Russell, Appellant.

Submitted September 18, 1972. *John R. Bonner,* Assistant Public Defender, for appellant; *Carl E. Barlett,* Assistant District Attorney, and *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.